# United States Court of Appeals
## For the First Circuit

No. 03-1990

UNITED PARCEL SERVICE, INC.,
UNITED PARCEL SERVICE, CO.,

Appellees, Plaintiffs,

v.

JUAN A. FLORES-GALARZA, Secretary of the Department of
the Treasury of the Commonwealth of Puerto Rico, in his
official capacity,

Appellant, Defendant.

---

ERRATA

The opinion of this Court, issued on September 14, 2004, should be amended as follows.

On page 8, line 13 of full paragraph, replace "UPS" with "Puerto Rico".